IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALEX MONTREAL WILSON                                     PLAINTIFF

      v.                  Civil No. 4:11-cv-04075

SHERIFF RON STOVALL; WARDEN
BRAZELL; SERGEANT WELCH; and
NURSE BROWN                                        DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

This is a civil rights action filed by the Plaintiff under the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

When he filed this case, Plaintiff was incarcerated at the Miller County Detention Center. Plaintiff was advised, in an order entered on August 3, 2011 (ECF No. 3), that he must immediately notify the Court of any change in his address.

On November 10, 2011, mail sent to the Plaintiff at the Miller County Detention Center was returned as undeliverable. On December 2, 2011, Court staff obtained from the detention center the home address Plaintiff had given when he was booked in. A change of address was entered on his behalf (ECF No. 10). On December 12th, all mail sent to the home address was returned as undeliverable marked insufficient address and unable to forward.

On December 19th, a motion to dismiss was filed on behalf of Sheriff Stovall, Warden Brazell, and Sergeant Welch (ECF No. 11). The motion moves for dismissal of the case based on Plaintiff's failure to keep the Court and opposing counsel informed of his current address.

Defendants indicate they have been unable to serve discovery requests on the Plaintiff or to serve copies of documents on him.

To date, Plaintiff has not provided a change of address to the Court.  I therefore recommend that the motion be granted (ECF No. 11) and the case be dismissed with prejudice based on Plaintiff's failure to comply with the order of the Court and his failure to prosecute this case.  Fed. R. Civ. P. 41(b).

Separate Defendant Nurse Brown has filed a motion to dismiss (ECF No. 12) based on the Plaintiff's failure to exhaust his administrative remedies prior to filing suit.  I find it unnecessary to address this issue as the case is subject to dismissal on the grounds noted above.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 4th day of January 2012.

      /s/ Barry A. Bryant\
      HON. BARRY A. BRYANT\
      UNITED STATES MAGISTRATE JUDGE