IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALEX MONTREAL WILSON                                                                    PLAINTIFF

vs.                                       Case No. 4:11-cv-4075

SHERIFF RON STOVALL;
WARDEN BRAZELL; SERGEANT
WELCH; and NURSE BROWN                                                                 DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed January 4, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 14). Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to prosecute and failure to follow a court order. Specifically, Plaintiff has failed to keep the Court and opposing counsel informed of his current address. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE** as to all Defendants. Separate Defendant Nurse Brown has filed a separate Motion to Dismiss. (ECF No. 12). Because the case is subject to dismissal on the grounds noted above, Nurse Brown's motion is **DENIED** as moot.

**IT IS SO ORDERED**, this 24th day of January, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge